HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
FEDERAL DEFENDERS OFFICE
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda_allison@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-po-00294-AC |
| | ) |
| Plaintiff, | ) APPLICATION FOR AND [proposed] ORDER |
| | ) APPOINTING COUNSEL |
| vs. | ) |
| | ) |
| DAVID K. REED, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

DAVID K. REED, hereby requests appointment of the Office of the Federal Defender,

through LINDA C. ALLISON, Assistant Federal Defender, to represent her in this case.

Mr. Reed is being charged with 36 C.F.R. 261.6(h), removal of timber.  Mr. Reed

appeared before the court for his initial appearance on September 1, 2020.  He was then placed

into the breakout room with counsel and requested that counsel be appointed.  Unfortunately Mr.

Reed exited the zoom meeting before we could clarify the appointment of counsel issue with the

/ / /

/ / /

/ / /

/ / /

/ / /

US v. REED
APPLICATION FOR AND ORDER APPOINTING COUNSEL

1    court.  Attached is the financial affidavit indicating that Mr. Reed qualifies for the appointment

2    of counsel.

3    DATED: September 15, 2020

4                                        Respectfully submitted,

5                                        HEATHER E. WILLIAMS
                                       Federal Defender

6

7                                        /s/ Linda C. Allison
                                       LINDA C. ALLISON
                                       Assistant Federal Defender

8

9                               ORDER

10        Having satisfied the Court that he is unable to employ counsel, the court hereby appoints

11    the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

12    DATED: September 15, 2020

13

14                                   ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US v. REED
APPLICATION FOR AND ORDER APPOINTING COUNSEL