MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00294-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| v. | |
| DAVID K. REED, | DATE:  October 29, 2020<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Allison Claire |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on October 29, 2020 at 9:00 a.m.

2. On October 21, 2020, defense counsel emailed counsel for the government to request a one month continuance for additional time to prepare this case for trial.

3. By this stipulation, the parties now jointly move to

/ / /

STIPULATION AND [PROPOSED] ORDER        1          U.S. V. DAVID K. REED

continue the bench trial to January 19, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: October 21, 2020          MCGREGOR W. SCOTT
                                 United States Attorney


                            By:  /s/ Alstyn Bennett
                                 ALSTYN BENNETT
                                 Special Assistant U.S. Attorney


                                 /s/ Linda Allison
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 10/21/2020 email authorization from Linda Allison*)


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial scheduled for October 29, 2020 is continued to January 19, 2021 at 9:00 a.m.

FOUND AND ORDERED this 22nd day of October, 2020.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE