MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:20-po-00294-AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER TO CONTINUE BENCH TRIAL |
| v. | ) |
| DAVID K. REED, | ) DATE:  January 19, 2021 |
| | ) TIME:  9:00 a.m. |
| | ) JUDGE: Hon. Allison Claire |
| Defendant. | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on January 19, 2021 at 9:00 a.m.

2. On January 11, 2021, defense counsel emailed counsel for the government to request a continuance for additional time to prepare this case for trial due to a COVID issue.

3. By this stipulation, the parties now jointly move to

/ / /

STIPULATION AND [PROPOSED] ORDER         1              U.S. V. DAVID K. REED

continue the bench trial to March 15, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: January 12, 2021          MCGREGOR W. SCOTT
                                 United States Attorney


                         By:     /s/ Alstyn Bennett
                                 ALSTYN BENNETT
                                 Special Assistant U.S. Attorney


                                 /s/ Linda Allison
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 01/12/2021 email authorization from Linda Allison*)


### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the bench trial scheduled for January 19, 2021 is continued to March 15, 2021 at 9:00 a.m.

FOUND AND ORDERED this 13th day of January, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE